## WALENDER v INDUST COMM

Ohio Appeals, 6th Dist, Wood Co

No 567.   Decided June 25, 1934

Manuel Zimmerman, for plaintiff in error.

John W. Bricker, Attorney General, Columbus, and Oscar A. Brown,, Assistant Attorney General, for defendant in error.

## OPINION

By THE COURT

In our judgment this case is controlled by the principle announced in Ewers, Admx. v Buckeye Clay Pot Co., 29 Oh Ap, 396. (6 Abs 284). Motion to certify record was overruled October 24, 1928. In the instant case there is no evidence tending to show that the particles taken into the lungs were sharp-pointed or jagged so as to inflict physical injury within the meaning of the Workmen's Compensation Law, and thus distinguish it from the principle announced in the case above cited.

Judgment affirmed.

RICHARDS, WILLIAMS and LLOYD, JJ, concur.